41085. HEISLEY v. PAYMASTER CHECKWRITER COMPANY, INC.

PANNELL, Judge. There being no certification by the trial judge that the bill of exceptions is true, this court is without jurisdiction to pass upon the merits of the exceptions. *Pierce v. Haygood,* 213 Ga. 459 (99 SE2d 906); *Echols v. State,* 103 Ga. App. 537 (120 SE2d 350).

*Upon motion the writ of error is dismissed. Nichols, P. J., and Eberhardt, J., concur.*

DECIDED JANUARY 12, 1965.

*William M. Redman, Jr., George F. Wheeler, Jr.,* for plaintiff in error.

*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, Thomas E. Joiner,* contra.